**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-2208**

_____

YVONNE E. FLETCHER,

Plaintiff - Appellant,

versus

SHERATON HOTEL BWIN ASSOCIATION LIMITED;
SCHINDLER ELEVATOR CORPORATION,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-97-
751-MJG)

_____

Submitted:  February 26, 1998        Decided:  March 16, 1998

_____

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Yvonne E. Fletcher, Appellant Pro Se.  George McKnight Church,
Christine Tryphena Altemus, CHURCH & HOUFF, P.A., Baltimore,
Maryland; Edward J. Longosz, II, Susan Hall Snively, MILES &
STOCKBRIDGE, McLean, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fletcher v. Sheraton Hotel BWIN Assoc., Ltd.</u>, No. CA-97-751-MJG (D. Md. July 22, 1997). We deny Appellee's motion for sanctions against Appellant. We further dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>